# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1357

_____

DE'ERIK BELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.


April 20, 2026

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Amanda Afeazue Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.